**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Juliet A. Dixon, | : | Chapter 13 |
| Debtor | : | Case No.:  17-12483-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed August 28, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on August 28, 2017:*

Brian A. Hudson, Sr., CEO
Pennsylvania Housing Finance Agency
2111 North Front Street
Harrisburg, PA 17101

*Via Electronic Filing (ECF) on August 28, 2017:*

John L. Laskey, Esquire on behalf of Steward Financial Services
jlaskey@stark-stark.com, jgould@stark-stark.com

Matteo Samuel Weiner, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency).
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                **LAW OFFICE OF STEPHEN J. ROSS, PC**

                          By:    */s/ Joseph Quinn*_____
                                Joseph Quinn, Esquire
                                Attorney I.D. No. 307467
                                152 E. High Street, Suite 100
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                JQuinn@SJR-LAW.com
Date:  August 28, 2017               Counsel for Debtor