**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Juliet A. Dixon,              :       Chapter 13
          Debtor              :       Case No.:  17-12483-amc

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed November 6, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on November 6, 2017:*

Brian A. Hudson, Sr., CEO
Pennsylvania Housing Finance Agency
2111 North Front Street
Harrisburg, PA 17101

*Via Electronic Filing (ECF) on November 6, 2017:*

Jennifer Gould, Esquire on behalf of Steward Financial Services
jlaskey@stark-stark.com, jgould@stark-stark.com

Matteo Samuel Weiner, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency).
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       152 E. High Street, Suite 100
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@SJR-LAW.com

Date:  November 6, 2017          Counsel for Debtor