## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| In re:<br><br>JULIET A. DIXON,<br><br>        Debtor. | Case No. 17-12483 (AMC)<br><br>Chapter 13 |

### PRAECIPE TO WITHDRAW OBJECTIONS TO PROPOSED
### CHAPTER 13 PLAN AND CONFIRMATION THEREOF

TO THE CLERK:

Kindly withdraw the Objections to Confirmation of Chapter 13 Plan filed by Steward

Financial Services in the above matter.

Respectfully submitted,

STARK & STARK, P.C.

By: /s/ Jennifer D. Gould
      Jennifer D. Gould, Esquire
      Attorney for Steward Financial Services
      993 Lenox Drive
      Lawrenceville, NJ  08648
      Attorney No.: 034681997
      (609) 896-9060

Dated:  November 6, 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-12483 (AMC) |
| JULIET A. DIXON, | Chapter 13 |
|               Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties was made by sending true and correct copies of the Objections to Debtors' Proposed Chapter 13 Plan and Confirmation thereof by first class mail or by electronic means on the 6th day of November, 2017, to the parties indicated below:

Juliet A. Dixon
265 New Street
Spring City, PA  19475
Debtor

Joseph L. Quinn, Esq.
The Law Office of Stephen Ross PC
152 E. High St., Suite 100
Pottstown, PA  19464
Attorney for Debtor

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ Jennifer D. Gould
Jennifer D. Gould, Esquire
Attorney for Steward Financial Services