## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juliet A. Dixon aka Juliet Agatha Dixon<br>        Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>        Movant<br>  vs. | NO. 17-12483 AMC |
| Juliet A. Dixon aka Juliet Agatha Dixon<br>        Debtor(s)<br>William C. Miller Esq.<br>        Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 19th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified with respect to the subject premises located at 265 New Street, Spring City, PA 19475 ("Property), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

                           Ashely M. Chan
                           United States Bankruptcy Judge

Juliet A. Dixon aka Juliet Agatha Dixon
265 New Street
Spring City, PA 19475

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532