United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 17-12483-amc
Juliet A. Dixon                                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP          Page 1 of 1           Date Rcvd: Dec 19, 2017
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db             +Juliet A. Dixon,    265 New Street,    Spring City, PA 19475-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
    JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com
    JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com, jgould@stark-stark.com
    JOSEPH L QUINN    on behalf of Debtor Juliet A. Dixon CourtNotices@sjr-law.com
    LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                         TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Juliet A. Dixon aka Juliet Agatha Dixon<br>                              Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>                              Movant<br>        vs.<br>Juliet A. Dixon aka Juliet Agatha Dixon<br>                              Debtor(s)<br>William C. Miller Esq.<br>                              Trustee | NO. 17-12483 AMC<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this 19th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified with respect to the subject premises located at 265 New Street, Spring City, PA 19475 ("Property), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Juliet A. Dixon aka Juliet Agatha Dixon
265 New Street
Spring City, PA 19475

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532