United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 17-12483-amc
Juliet A. Dixon                                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Mar 13, 2018
                        Form ID: pdf900           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db             +Juliet A. Dixon,    265 New Street,    Spring City, PA 19475-1724
cr             +Steward Financial Services,    444 East Kings Highway,    Maple Shade, NJ 08052-3427
13897907        Brandywine Family Foot Care,    213 Reeceville Road,    Suite 13,    Coatesville, PA 19320-1539
13897908        Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
13897909       +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
13897910       +Danielle Blair,    265 New Street,    Spring City, PA 19475-1724
13897912        I.C. System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
13897913       +KML Law Group, P.C.,    Suite 5000 -BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13968791       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13897917       +PECO,    PO Box 13439,    Philadelphia, PA 19101-3439
13897920        PMA Medical Specialists,    PO Box 525,    Phoenixville, PA 19460-0525
13897918        Penn Credit,    916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13897919       +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13897924       +PureCure Medical, Inc.,    17-19 East Butler Pike,    Ambler, PA 19002-4513
13897925        Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
13897926        Spring City Borough,    Borough Hall,    Spring City, PA 19475
13897927       +Spring City Sewer,    6 South Church Street,    Spring City, PA 19475-1876
13897929       #+The Philadelphia Hand Center,    700 South Henderson Road, Suite 200,
                 King of Prussia, PA 19406-4207
13964739       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13897930       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13897931       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 14 2018 01:40:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 01:39:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2018 01:40:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13897906       +E-mail/Text: banko@berkscredit.com Mar 14 2018 01:39:44      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13897911       +E-mail/PDF: pa_dc_ed@navient.com Mar 14 2018 01:43:28      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13897914        E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2018 01:39:55      Midland Credit Management,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13951524        E-mail/PDF: pa_dc_claims@navient.com Mar 14 2018 01:43:28
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13897916       +E-mail/Text: blegal@phfa.org Mar 14 2018 01:39:57      PA Housing Finance Agency,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13897915       +E-mail/Text: blegal@phfa.org Mar 14 2018 01:39:57      PA Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
13903425        E-mail/Text: blegal@phfa.org Mar 14 2018 01:39:57      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13897922        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 02:03:39
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13964746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 02:03:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13902613       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13897921       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:21
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13897928        E-mail/Text: jchrist@stewardfs.com Mar 14 2018 01:39:59      Steward Financial Services,
                 499 Old Kings Highway,    Maple Shade, NJ 08052
13932771       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 01:43:39      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13897923*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 12903,
                 Norfolk, VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2           User: PaulP              Page 2 of 2                   Date Rcvd: Mar 13, 2018
                               Form ID: pdf900          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JOHN L. LASKEY    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              JOSEPH L QUINN    on behalf of Debtor Juliet A. Dixon CourtNotices@sjr-law.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIET A. DIXON    Chapter 13

Debtor    Bankruptcy No. 17-12483-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __13th__ day of __March__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
JULIET A. DIXON

265 NEW STREET

SPRING CITY, PA 19475